UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD ANTHONY VACCARI,<br><br>        Defendant. | Case No. 18-cv-01179-RS (KAW)<br><br>**ORDER TERMINATING MOTION TO COMPEL**<br><br>Re: Dkt. No. 29 |

On May 7, 2019, Plaintiff Samuel Love filed a motion to compel discovery from Defendant Richard Anthony Vaccari. (Dkt. No. 29.) On May 8, 2019, the case was referred to the undersigned. (Dkt. No. 30.)

The Court TERMINATES the motion to compel. The parties are directed to meet and confer, and to file a joint discovery letter. The joint discovery letter must comply with the Court's standing order, available at: https://cand.uscourts.gov/kaworders.

IT IS SO ORDERED.

Dated: May 15, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge