Russell A. Robinson, 163937
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:     415.861.4416
Facsimile:      415.431.4526
rlaw345@gmail.com

Counsel for Defendant
**RICHARD ANTHONY VACCARI**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | NO.   18-CV-1179-RS |
| Plaintiff, | **REQUEST TO VACATE DATES AND TO SET A NEW SCHEDULING (CASE MANAGEMENT) ORDER** |
| v. | |
| RICHARD ANTHONY VACCARI, et al., | |
| Defendants. | **JURY TRIAL DEMANDED** |

TO THE HONORABLE COURT TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Russell A. Robinson, counsel for Defendant Richard A. Vaccari, will be placed on inactive (involuntary) status by the State Bar of California, effective June 7, 2019 mailed Order dated June 4, 2019).  Robinson will be unable to practice law. Thus, to avoid prejudice to Defendant, counsel respectfully requests that all dates in this case be vacated and that a new scheduling (case management) order be issued in lieu of proceeding with the case management conference set for June 13, 2019.

Respectfully submitted,


Date:   June 6, 2019

                                              *Russell A. Robinson /s/*
By:     Russell A. Robinson
Law Office Russell A. Robinson
Counsel for Defendant
**RICHARD ANTHONY VACCARI**